FILED
CHARLOTTE, N.C.

2005 MAY 16 PM 3:47

U.S. DISTRICT COURT
W. DIST. OF N.C.

# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) |
| vs. | ) 3:04CR303-01<br>) |
| CRISTI TAYLOR | )<br>)<br>) |

## ORDER

**UPON CONSIDERATION** of Defendant's request that Electronic Monitoring be removed on May 14, 2005 and such motion has already been granted in open court at the time of her guilty plea on April 21, 2005, it is hereby **ORDERED** that the defendant be removed from Electronic Monitoring (EMS). All other conditions of pre-trial release remain in force.

This the 16th day of May, 2005.

_Carl Horn, III_
**Carl Horn, III**
**United States Magistrate Judge**